```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

             MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JAMES A. SHIPP,                  )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )        2:04cv516-T
                                 )           (WO)
INTERNATIONAL PAPER              )
COMPANY,                         )
                                 )
     Defendant.                  )
```

                              ORDER

   After and independent and de novo review of the record,

it is ORDERED as follows:

   (1) Defendant's objections (Doc. No. 26) are overruled.

   (2) The magistrate judge's recommendation (Doc. No. 23)

       is adopted.

   (3) Defendant's motion for summary judgment (Doc. No.

       13) is denied as to (a) plaintiff's claim that his

       pension benefit was calculated by resort to an

       incorrect formula for his credited service accruing

    on or after January 1, 2000, and (b) his breach-of-fiduciary-duty claim.

 (3) Said motion is granted in all other respects.

DONE, this the 29th day of September, 2004.

         /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**